| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | McGREGOR W. SCOTT<br>United States Attorney<br>SAM STEFANKI<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900<br><br>Attorneys for Plaintiff<br>United States of America |

**FILED**
Nov 05, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO § 2703(d) RE THE E-MAIL ACCOUNT IDENTIFIED BY eric32881@gmail.com | CASE NO.   2:20-sw-1024-CKD<br><br>SEALING ORDER<br><br>**UNDER SEAL** |
|---|---|

## S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: November 5, 2020

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

SEALING ORDER