1  McGREGOR W. SCOTT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

**FILED**

**Jan 21, 2021**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO § 2703(d) RE THE E-MAIL ADDRESS IDENTIFIED BY eric32881@gmail.com | CASE NO. 2:20-SW-01024-CKD<br><br>ORDER UNSEALING § 2703(d) APPLICATION AND ORDER |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, unsealed.

Dated: January 21, 2021

_/s/ Kendall J. Newman_
The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order to Unseal § 2703(d) Order